
FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:58 am, Dec 09, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| FREDDY L. WAMBACH, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-137 |
| | * | |
| v. | * | |
| | * | |
| ROBERT HOYT, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 11.  No party to this action filed Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's claims against Defendants in their official capacities and his Fourth Amendment false arrest and false imprisonment claims against Defendants.  Plaintiff's claims for excessive force against Defendants Hoyt, Sullivan,

Blaquiere, and Taylor remain pending.  Dkt. No. 12.

SO ORDERED, this ___9___ day of __December__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA