IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| FREDDY L. WAMBACH, | |
| Plaintiff, | CIVIL ACTION NO.: 2:19-cv-137 |
| v. | |
| ROBERT HOYT, et al., | |
| Defendants. | |

**O R D E R**

This matter is before the Court on Plaintiff's Motion for an Order. Doc. 27. Plaintiff explains he never received Defendants' motion to dismiss and requests the Court order Defendants to serve him.[1] Id. Upon review, the Court **GRANTS** Plaintiff's Motion. The Court **ORDERS** Defendants to serve an additional copy of their motion to dismiss on Plaintiff within seven days of this Order. The Court urges Defendants to act promptly in complying with this Order. Further, the Court extends Plaintiff's deadline to respond to Defendants' motion to dismiss. Plaintiff must respond to the Defendants' motion to dismiss on or before March 2, 2021.

**SO ORDERED**, this 9th day of February, 2021.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff, as a pro se prisoner litigant, would not have access to the Court's electronic docket. Instead, Plaintiff likely became aware of Defendants' motion to dismiss based on the Court's Order directing him to respond. Doc. 26.