# In the United States District Court
## For the Southern District of Georgia
## Brunswick Division

FREDDY L. WAMBACH,                     *
                                       *
            Plaintiff,                 *          CIVIL ACTION NO.: 2:19-cv-137
                                       *
      v.                               *
                                       *
ROBERT HOYT, et al.,                   *
                                       *
            Defendants.                *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 32.  Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this _____ 7 \_\_\_ day of \_\_\_\_\_ April \_\_\_\_\_, 2021.


_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)