AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FREDDY L. WAMBACH,

Plaintiff,

V.

ROBERT HOYT, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 219-137

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered April 7, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Court grants Defendants' motion to dismiss, dismisses without prejudice Plaintiff's Complaint, and denies Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

4/7/2021
Date

John E. Triplett, Acting Clerk
Clerk

_Morgan A. Akins_
(By) Deputy Clerk

GAS Rev 10/2020